UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAROL STOKES, ET AL.                      CIVIL ACTION

VERSUS                                    NO: 06-1053

ALLSTATE INDEMNITY COMPANY and            SECTION: "J" (5)
ALLSTATE INSURANCE COMPANY

**ORDER**

Before the Court is Plaintiffs' Motion to Alter and/or Amend Judgment (Rec. Doc. 79).  The Motion is opposed.  For the reasons stated below, Plaintiffs' Motion is **DENIED**.

On June 6, 2007, Defendants filed a motion to dismiss various claims in this case, and on June 26, 2007, this Court granted the motion in part and denied the motion in part.  As a part of that order, the Court dismissed Plaintiffs' VPL claims based on Judge Vance's ruling in *Chauvin v. State Farm Fire & Cas. Co.*, 450 F. Supp. 2d 660, 668 (E.D. La. 2006) and the principles of *res judicata*.  The Plaintiffs moved to alter or amend the Court's judgment on the basis that *res judicata* did not apply in this case.

Whether or not Plaintiffs are correct is immaterial at this point.  The Fifth Circuit recently affirmed *Chauvin*.  *See Chauvin v. State Farm Fire & Cas. Co.*, Nos. 06-30946, 07-30033, 2007 WL

2230724 (5th Cir. Aug. 6, 2007).  Therefore Plaintiffs cannot state a claim under Louisiana's VPL law.

Accordingly,

Plaintiffs Motion to Alter and/or Amend Judgment (Rec. Doc. 79) is **DENIED**.

New Orleans, Louisiana this the 16th day of August, 2007.

```
                                    _____
                                    CARL J. BARBIER
                                    UNITED STATES DISTRICT JUDGE
```